# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 3,116.—JAMES REID, APPELLANT, *v.* HENNESSY CO. ET AL., RESPONDENTS.

*Appeals from District Court, Silver Bow County; J. B. McClernan, Judge.*

Decided March 1, 1912.

PER CURIAM.—Respondents' motion to dismiss the appeals herein is, after due consideration, sustained, and the appeals are hereby dismissed without prejudice.

*Mr. Alexander Mackel,* for Appellant.

*Messrs. Nolan & Donovan,* for Respondents.

---

No. 3,152. — MARY MURPHY, RESPONDENT, *v.* ANNA E. NETT, APPELLANT.

*Appeal from District Court, Lewis and Clark County.*

Decided March 13, 1912.

PER CURIAM.—Respondent's motion to dismiss the appeal herein having been heretofore argued and submitted, it is ordered after due consideration that the appeal from the judgment be, and the same is hereby, dismissed at the cost of the appellant.

*Messrs. H. G. & S. H. McIntire,* for Appellant.

*Messrs. Galen & Mettler,* for Respondent.